ATTORNEY'S NAME:  Obioha, Pius A 25810
AND ADDRESS:  1550 North Broad Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02035                DIVISION: E                SECTION: 07

### BRUMFIELD THAGGARD, ASIA

Versus

### CSX TRANSPORTATION, INC. ET AL

### CITATION

TO:           CSX TRANSPORTATION, INC.

THROUGH:  THEIR AGENT OF SERVICE OF PROCESS C T CORPORATION SYSTEM

3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION
a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 10, 2022

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Patrice Conerly, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION | PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION |
| ON CSX TRANSPORTATION, INC. | ON CSX TRANSPORTATION, INC. |
| THROUGH: THEIR AGENT OF SERVICE OF PROCESS C T CORPORATION SYSTEM | THROUGH: THEIR AGENT OF SERVICE OF PROCESS C T CORPORATION SYSTEM |
| Returned the same day No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CSX TRANSPORTATION, INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____/ ENTERED /_____ | |
| PAPER       RETURN | |
| _____/_____/_____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10876471                Page 1 of 2


EXHIBIT A

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Obioha, Pius A 25810
AND ADDRESS: 1550 North Broad Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-02035   DIVISION: E   SECTION: 07

**BRUMFIELD THAGGARD, ASIA**

Versus

**CSX TRANSPORTATION, INC. ET AL**

## CITATION

TO: CSX TRANSPORTATION, INC.
THROUGH: THEIR AGENT OF SERVICE OF PROCESS C T CORPORATION SYSTEM
3867 PLAZA TOWER DR., BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 10, 2022**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

**CHELSEY RICHARD NAPOLEON**, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Patrice Conerly, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION ON CSX TRANSPORTATION, INC. THROUGH: THEIR AGENT OF SERVICE OF PROCESS C T CORPORATION SYSTEM Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER / RETURN / SERIAL NO. / DEPUTY / PARISH | On this _____ day of _____ served a copy of the within PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION ON CSX TRANSPORTATION, INC. THROUGH: THEIR AGENT OF SERVICE OF PROCESS C T CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CSX TRANSPORTATION, INC., being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10876471   Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

2022-02035

E

Section 7

FILED
2022 MAR 09  P 07:29
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                DIVISION " "              SECTION:

ASIA BRUMFIELD THAGGARD

VERSUS

CSX TRANSPORTATION, INC., AND XYZ INSURANCE COMPANY

FILED: _____    _____
                                                    DEPUTY CLERK

## PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Asia Brumfield Thaggard, a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, who avers as follows:

1.

Made Defendants herein are:

- **CSX Transportation, Inc.**, a foreign company, authorized to do and doing business in State of Louisiana, with its registered agent for service of process as C T Corporation System, upon whom citation and service are to be made, who is vicariously liable for the conduct of its employees and agents, and responsible for the wrongful death of Michael Brumfield within the incident herein which resulted in the wrongful death of the Decedent; and

- **XYZ Insurance Company**, a fictitious foreign or domestic insurance company, and upon information and belief, the insurer of CSX Transportation, Inc., the company responsible for the wrongful death incident herein.

2.

Venue is proper under Louisiana Code of Civil Procedure, Articles 42 and 74.

3.

Defendants are justly and truly indebted jointly and in solido, unto Plaintiff, Asia Brumfield Thaggard, daughter of the decedent, Michael Brumfield for general, special, and exemplary damages incurred as the result of the incident of March 9, 2021 in the 8600 block of Chef Menteur Hwy in New Orleans, Louisiana, which resulted in the death of her father, Michael Brumfield, to include a survival and wrongful death action, as well as all other related medical

VERIFIED
Amber Sheeler
2022 MAR 10   A 10:27

E-Filed

Case 2:22-cv-01069-MVL-DMD   Document 1-2   Filed 04/20/22   Page 6 of 10

2022-02035

E
Section 7

FILED
2022 MAR 09  P 07:29
CIVIL
DISTRICT COURT

and funeral expenses, and damages, all will be hereinafter particularized and shown at the trial of this case, together with legal interest on said sums from the date of judicial demand until paid, and for costs of all these proceedings.

4.

On the afternoon of March 9, 2021, the Decedent, Michael Brumfield, was attempting to cross the train tracks when, suddenly and without warning, a CSX Transportation, Inc., train struck him resulting in his death. Plaintiff strongly avers that the conduct of the train conductor, an agent or employee of CSX Transportation, Inc., caused the injuries which resulted in the death of Michael Brumfield.

5.

The Petitioner asserts her claims as the proper Plaintiff for wrongful death action for the death of her father. (LR.S. 2315.2).

6.

Due to the Defendant, CSX Transportation, Inc.'s negligence, the Defendant struck the decedent and caused him to lay incapacitated on the ground. Defendants' negligence caused fatal bodily injury and the ultimate death of the Decedent.

7.

Petitioner further avers that the accident could have been avoided had the Defendant, CSX Transportation, Inc., exercised all due care.

8.

At all times relevant, Defendant, CSX Transportation, Inc., was the employer of the train conductor and responsible for the wrongful death incident at issue.

9.

At all times relevant, Defendant, XYZ Insurance Company, was the insurer of CSX Transportation, Inc., which is responsible for the wrongful death incident at issue and provided coverage on the date of the accident for the type of damages sought herein.

10.

Defendants, CSX Transportation, Inc., and XYZ Insurance Company are therefore liable unto the Petitioner for the damages and losses sustained by the Petitioner as a result of said incident, which are itemized and set out hereafter.

11.

Case 2:22-cv-01069-MVL-DMD   Document 1-2   Filed 04/20/22   Page 7 of 10

2022-02035

E

Section 7

FILED
2022 MAR 09  P 07:29
CIVIL
DISTRICT COURT

As a result of this accident, Michael Brumfield, decedent, suffered severe and debilitating physical injuries and was pronounced dead at the scene.

**12.**

At all times relevant, Plaintiff avails herself of the benefits of Louisiana Code of Civil Procedure, Article 5181, et seq.

**13.**

The aforesaid Defendants are jointly and truly indebted unto your Plaintiff, severally for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general damages and equitable relief for the following, to wit:

**14.**

Plaintiff, Asia Brumfield Thaggard, will show that the said accident was caused solely and proximately by the gross negligence of the agents or employees of Defendant, CSX Transportation, Inc., in the following non-exclusive respects:

1. Acting with wanton and reckless disregard for the rights and safety of others;
2. Failing to ensure that employees or agents do not perform potentially hazardous tasks;
3. Failing to act as a prudent and reasonable employer;
4. Operating a business with no regards for the rights and safety of others;
5. Failing to exercise reasonable care thereby causing the injuries which resulted in the death of Michael Brumfield;
6. Failing to properly warn civilians of the impending danger of risk of harm;
7. Failing to appreciate the dangerous conditions whereby it was substantially certain that serious injuries would occur given the unreasonably dangerous conditions under the circumstances;
8. Survival action of the Decedent, Michael Brumfield;
9. Negligent infliction of emotional distress;
10. Intentional infliction of emotional distress; and
11. Any other acts of negligence which may be proven at trial.

**15.**

As a result of the above and foregoing accident, Plaintiff has sustained the following damages:

Plaintiff, Asia Brumfield Thaggard itemizes her damages as follows:

3

Case 2:22-cv-01069-MVL-DMD Document 1-2 Filed 04/20/22 Page 8 of 10

2022-02035

FILED
2022 MAR 09 P 07:29
CIVIL
DISTRICT COURT

a. Wrongful death of her father;

b. Physical pain and suffering on behalf of the Decedent, Michael Brumfield;

c. Mental pain and suffering on behalf of the Decedent, Michael Brumfield;

d. Loss of life on behalf of the Decedent, Michael Brumfield;

e. Future loss of wages on behalf of the Decedent, Michael Brumfield;

f. Medical expenses related to the death of the Decedent;

g. Expenses related to Decedent's estate administration

h. Value of the Decedent's anticipated financial contributions;

i. Past, present, and future mental anguish and emotional trauma;

j. Past, present, and future loss of support;

k. Past, present, and future loss of consortium;

l. Past, present, and future loss of love and affection;

m. Past, present, and future loss of enjoyment of life;

n. Past, present, and future loss of pursuit of happiness;

o. Attorney's fees and court costs associated with this case; and

p. Any and all other damages and losses itemized at the trial of this matter warranted by law.

**WHEREFORE**, Plaintiff prays that Defendants be duly cited to appear and answer this Petition for survival action and wrongful death; that Defendants be served with a copy thereof and that, after the lapse of all legal delays and due proceedings had, there be judgment herein in favor of the Plaintiff and against Defendants for pain and suffering, mental anguish, medical expenses, loss of income, loss of consortium, loss of enjoyment of life and loss, and all as are reasonable in the premises. Plaintiff further prays that she be granted any and all such further relief for which she is entitled under the law.

4

**E**

Section 7

Respectfully submitted,

LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, L.L.C.

*[signature]*

PIUS A. OBIOHA, BAR# 25810
JORDAN P. PARKER, BAR #39299
1550 North Broad Street
New Orleans, LA 70119
Telephone: (504) 265-0437
Facsimile: (504) 265-0440
Email: pius@obiohalaw.com
*Attorney for Plaintiff*

**PLEASE SERVE:**

1. **CSX Transportation, Inc.**
   *Through their agent of service of process*
   C T CORPORATION SYSTEM
   3867 PLAZA TOWER DR.
   BATON ROUGE, LA 70816;

2. **XYZ Insurance Company**

FILED
2022 MAR 09  P 07:29
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.            DIVISION " "            SECTION:

ASIA BRUMFIELD THAGGARD

VERSUS

CSX TRANSPORTATION, INC., AND XYZ INSURANCE COMPANY

FILED: _____       _____
                                      DEPUTY CLERK

### REQUEST FOR WRITTEN NOTICE

TO: **CLERK OF COURT**
Civil District Court
Orleans Parish
421 Loyola Avenue
New Orleans, LA 70112

PURSUANT TO Article 1572 of the Louisiana Code of Civil Procedure, I hereby request written notice of the dates set for trial of the above numbered and entitled matter, or the date set for trial or hearing of any pleading or motion herein, at least ten (10) days before any trial or hearing date.

I also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Article 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

LAW OFFICES OF PIUS A. OBIOHA &
ASSOCIATES, LLC

_/s/ Pius A. Obioha_
**PIUS A. OBIOHA, BAR# 25810**
**JORDAN P. PARKER, BAR #39299**
1550 North Broad Street
New Orleans, LA 70119
Telephone:   (504) 265-0437
Facsimile:   (504) 265-0440
Email: pius@obiohalaw.com
*Attorney for Plaintiff*

6

E-Filed