-2-

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ASIA BRUMFIELD THAGGARD** | * | **CIVIL ACTION NO. 22-1069** |
| *Plaintiff* | * | |
| | * | **SECTION: "S"(3)** |
| **v.** | * | |
| | * | **JUDGE: LEMMON** |
| **CSX TRANSPORTATION, INC.,** | * | |
| **XYZ INSURANCE COMPANY** | * | **MAG. JUDGE: DOUGLAS** |
| *Defendant* | * | |
| * * * * * * * * * * * * * * * | * | |

## O R D E R

Considering the *Motion for Extension of Time within Which to File Responsive Pleadings* filed herein by defendant CSX Transportation, Inc.;

**IT IS HEREBY ORDERED** that defendant CSX Transportation, Inc. be and is hereby **GRANTED** an additional twenty-one (21) days, or until Monday, June 13, 2022, within which to file pleadings responsive to the Plaintiff's Petition for Damages herein.

New Orleans, Louisiana, this  20th  day of    May         , 2022.

_____
**UNITED STATES DISTRICT JUDGE**